# EXHIBIT A



**The Edward & Mary Lord
Family Health Center at UCFS**
47 Town Street
Norwich, Connecticut 06360-2315

Telephone (860) 892-7042
Fax (860) 886-6124
UCFShealthcare.org

January 6, 2020

Garrison, Levin-Epstein, Fitzgerald & Pirrotti, P.C.
405 Orange Street
New Haven, CT 06511          Sent via email:  jgoodbaum@garrisonlaw.com

Dear Attorney Goodbaum,

I am writing in response to the civil summons that was served to United Community & Family Services (UCFS) on January 3, 2020 regarding a wrongful death claim of a former patient named Annette Blazin-Beavin (DOB: 6/29/1972). UCFS is a Federally Qualified Health Center (FQHC) in Norwich, CT.  Under Section 224 (a) of the Federal Public Health Service Act, UCFS and its employees have medical malpractice liability insurance protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§1346(b), 2672.

All claims must be submitted by filing a FTCA (SF-95) form to Department of Health and Human Services at this address:

U.S. Department of Health and Human Services
Office of the General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Attention: CLAIMS
Switzer Building, Suite 2600
Washington, DC 20201

I have enclosed a copy of UCFS' deemed FTCA status cover letter and a copy of the SF-95 federal form.  If you have questions, I can be reached at (860)-822-4148.

Very truly yours,

*Sharon M. Laliberte*

Sharon M. Laliberte
Compliance Officer, UCFS








# EXHIBIT B

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: <br><br> US DEPT OF HHS, OFFICE OF GENERAL COUNSEL, GENERAL LAW DIVISION, CLAIMS AND EMPLOYMENT LAW BRANCH, 330 C STREET, SW, ATTN: CLAIMS, SWITZER BUILDING, SUITE 2600, WASHINGTON, DC 20201 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. <br><br> SEE ATTACHED. |
|---|---|

| 3. TYPE OF EMPLOYMENT <br> ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH <br> 06/29/1972 | 5. MARITAL STATUS <br> M | 6. DATE AND DAY OF ACCIDENT <br> 08/29/2018   Wednesday | 7. TIME (A.M. OR P.M.) <br> 10:14A |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

SEE ATTACHED.

**9.**                              **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

None

**10.**                          **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

SEE ATTACHED.

**11.**                                  **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| SEE ATTACHED. | SEE ATTACHED. |

| 12. (See instructions on reverse).  **AMOUNT OF CLAIM** (in dollars) |
|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 0.00 | 30,000,000 | 30,000,000 | 60,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). <br><br> *[signature] Joseph deAngelo* | 13b. PHONE NUMBER OF PERSON SIGNING FORM <br> 215-575-2967 | 14. DATE OF SIGNATURE <br> 01/08/2020 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM <br><br> The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS <br><br> Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No     17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Not Applicable.

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Not Applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)*  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)*  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)*  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)*  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

<u>**SUPPLEMENTAL ATTACHMENT TO STANDARD FORM (SF) 95**</u>

**2. NAME, ADDRESS OF CLAIMANT, AND CLAIMANT'S PERSONAL REPRESENTATIVE**

<u>**Claimant:**</u>      Eric M. Beavin, Administrator of the Estate of Annette Blazin-Beavin, deceased, in his own right and on behalf of Decedent's Next-of-Kin and Heirs-at-Law

<u>**Representative:**</u>    Michael F. Barrett, Esquire
Joseph G. DeAngelo, Esquire
Terrance R. DeAngelo, Esquire
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
1650 Market Street, Floor 52
Philadelphia, PA 19103
Ph.: (215) 496-8282
mbarrett@smbb.com
jdeangelo@smbb.com
tdeangelo@smbb.com
*Attorneys for Claimant*

**8. BASIS OF CLAIM**

At all relevant times, Claimant's Decedent, Annette Blazin-Beavin, was under the care and received treatment by United Community and Family Services, its physicians, staff, employees, and agents (hereinafter collectively referred to as "UCFS"). This facility is located at 47 Town Street, Norwich, Connecticut 06350-2315. Between May 19, 2016 continuing through September 24, 2017, Decedent received treatment for her conditions including, not limited to, hypertension. Among other things, Decedent's hypertension was not properly or adequately managed in accordance with accepted standards of care as evidenced by the records. As a result, Decedent's blood pressures were persistently and/or dangerously elevated which put her at risk for suffering adverse consequences including, but not limited to, stroke, seizure disorder(s), and death. Decedent's persistently and/or dangerously elevated blood pressure resulted in her suffering a stroke, and severe brain damage, on September 24, 2017. Following her stroke and brain damage, Decedent remained in a fragile medical state until, on August 29, 2018, she passed away as a result of her conditions as described herein.

UCFS was careless, negligent, grossly negligent, and/or reckless generally and in the following specific respects:

a) Failing to obtain a proper medical and/or surgical history;
b) failing to timely work-up Decedent's medical conditions including, but not limited to, hypertension;
c) failing to order proper testing in order to properly work-up Decedent's medical conditions including, but not limited to, hypertension;
d) failing to perform a secondary work-up in order to properly manage and treat Decedent's hypertension;
e) failing to timely diagnosis Decedent's medical conditions including, but not limited to hypertension;
f) failing to formulate an appropriate and effective treatment plan for the treatment of Decedent's medical conditions including, but not limited to, hypertension;
g) failing to provide adequate pharmacological treatment of Decedent's hypertension;
h) failing to make proper and timely referrals to specialists for the further evaluation and/or treatment of Decedent's hypertension;
i) failing to appropriately manage Decedent's medical care;
j) delaying medical intervention for Decedent;
k) failing to appreciate signs and symptoms of an impending cerebrovascular accident;
l) failing to timely assess Decedent;
m) failing to order proper medical testing;
n) failing to order a CT angiogram to rule out potential renal artery stenosis;
o) failing to order cortisol levels in a timely manner;
p) failing to order, perform, and/or refer Anette Blazin-Beavin for renin aldosterone testing;
q) failing to order, perform, and/or refer Annette Blazin-Beavin for pheochromocytoma work-up;
r) failing to have proper policies and/or procedures in place for the management of a patient, such as Decedent, suffering from hypertension;
s) increasing the risk that Decedent would suffer severe injury and/or death from hypertension and/or stroke; and,
t) providing medical care and treatment which was below the standard of care, increasing the risk of harm to Decedent's well-being.

**10. PERSONAL INJURY / WRONGFUL DEATH**

As a direct and proximate result of the carelessness, negligence, gross negligence, and/or reckless conduct of UCFS, Decedent was caused to suffer a devastating stroke, neurological insult, and severe brain damage. Moreover, she was caused to suffer nearly a year of conscious pain and suffering, a seizure disorder, dysphagia, aphasia, neurological compromise, cognitive impairment(s), functional impairment(s), paralysis and, ultimately, death. Moreover, she was deprived of the opportunity to enjoy and engage in life's activities. Decedent lost her earning capacity. Decedent and

the Estate incurred medical bills as well as funeral and burial expenses. Finally, Decedent's husband, and claimant here, as well as her children suffered, are suffering, and will, for an indefinite period of time in the future, suffer damages, injuries and losses, including, but not limited to, the permanent deprivation of their wife's/mother's companionship, guidance, services, moral upbringing, tutelage, counsel, society, and/or love, as well as a loss of her financial support and contributions.

**11.    WITNESSES**

Counsel for claimant has identified the below witnesses relevant to said claims:

Eric M. Beavin
Administrator of the Estate of Annette Blazin-Beavin, Deceased
220 Maple Ave, PO Box 94, Uncasville, CT 06382.

BACKUS HOSPITAL
326 Washington St, Norwich, CT 06360

HARTFORD HOSPITAL
80 Seymour Street Hartford, CT 06102

HARTFORD HEALTHCARE MEDICAL GROUP, INC
80 Seymour Street, Hartford, CT 06102

GEETHA R. SWAMY IYAH, MD
47 Town Street, Norwich, CT 06360

ALFRED CAUDULLO, DO
326 Washington St, Norwich, CT 06360

INDRAMATTIE JOSEPH, PA
80 Seymour Street, Hartford, CT 06102

PAUL J. SCHWARTZ, MD
80 Seymour Street, Hartford, CT 06102

Respectfully Submitted,

Joseph G. DeAngelo, Esquire

# EXHIBIT C

**Physician's Evaluation/
Conservatorship
PC-370  REV. 7/16**

CONNECTICUT PROBATE COURTS

CONFIDENTIAL

RECEIVED:

**Instructions:**   1) A Connecticut licensed physician may be requested to complete this form in connection with an
involuntary proceeding for the appointment of a conservator of the person or estate, or a review of a
conservatorship previously established by the Probate Court. The physician should complete the form
only if the physician has personally examined the patient.

2) The contents of this form will be used by the Probate Court in determining whether a patient is capable
of self-care or can self-manage financial affairs. If the court finds by clear and convincing evidence that
the ability of the patient to receive or evaluate information or make or communicate decisions is
impaired, it may appoint a conservator and authorize the conservator to assume the responsibility to
manage some or all of the patient's personal or financial affairs. The goal of the report is to highlight
mental, physical or emotional conditions with sufficient specificity so the court may determine the
precise areas in which a patient's functional limitations, if any, require supervision by a conservator.

3) Type or print the form in ink. Use additional sheets, or PC-180, if more space is needed.

| **Probate Court Name** | **District Number** |
|---|---|
| | |

**Patient**

ANNETTE  BLAZIN- BEAVIN

| **Physician** (Name, address and telephone number.) | **Date of Examination** (Month, day, year.) |
|---|---|
| PAUL  SCHWARTZ, MD<br>100 RETREAT AVE SUITE 705<br>HTFD, CT. 06106 | 1/25/18<br>**Place of Examination**<br>OFFICE |
| Connecticut Medical License No.<br><br>046684 | **Professional Relationship to Patient**<br>☐ Consultation/Evaluation<br>☑ Treating Physician |
| Practicing Psychiatrist ☐ Yes  ☑ No | How long have you treated this patient? |

Is the patient's capacity to make financial decisions impaired? ☑ Yes ☐ No

Is the patient's capacity to make personal decisions impaired? ☑ Yes ☐ No

1. If the answer to either question is "yes," please complete all sections below. Please give specific examples of recent
history known to you that contribute to your answers below.  If more space is required, use additional sheets.

1a. In my opinion, the patient has a  ☐ mental illness ☑ cognitive deficiency ☐ physical illness or physical disability
☐ an addiction or ☐ other (specify) _____ that results in the patient
being unable to receive or evaluate information or make or communicate decisions about the patient's personal or
financial affairs as indicated above.

**Physician's Evaluation/
Conservatorship
PC-370  REV. 7/16**

CONNECTICUT PROBATE COURTS

CONFIDENTIAL

**Patient's Name** ANNETTE   BLAZIN- BEAVIN

1b. Describe the patient's current status or symptoms stemming from this condition.
PT IS IN OUTPATIENT REHABILITATION S/P SURGERY. ON OXYGEN. PERMANENTLY DISABLED.

1c. What is the current medical diagnosis?
① S,ORO INTRACEREBRAL HEMORRHAGE

1d. Is the current condition transitory or permanent in nature? Explain.
PERMANENT.

1e. Does the illness or condition affect the patient's ability to seek or obtain medical care?  ☑Yes  ☐ No
If "yes," give specific examples.
UNABLE TO MAKE DECISIONS ABOUT MEDICAL CARE OR FINANCIAL DECISIONS.

1f. Does the illness or condition affect the patient's ability to secure and maintain a safe living environment?
☑Yes   ☐ No   If "yes," give specific examples.
UNABLE TO AMBULATE OR VERBALIZE

1g. Does the illness or condition affect the patient's ability to independently manage financial affairs?  ☑Yes ☐ No
If "yes," give specific examples.
PT IS DISABLED S/P MVA / STROKE. CURRENTLY @ REHAB CENTER

1h. Does the illness or condition raise safety concerns, including the patient's ability to seek protection from
☐ physical abuse or harm or ☐ financial exploitation?  ☑Yes ☐ No   If "yes," give specific examples.

**2. Medications**
2a. List all medications prescribed.

Is the patient capable of managing his/her medications? ☐Yes  ☑No

2b. Do any of these medications impact mental functioning?  ☐Yes ☐ No   ☑Uncertain
If so, how?

Physician's Evaluation/
Conservatorship
PC-370  REV. 7/16

CONNECTICUT PROBATE COURTS

CONFIDENTIAL

Patient's Name ANNETTE  BLAZIN  BEAVIN

### 3. Treatments and Interventions

3a. Does the patient require hospitalization or additional medical treatment or intervention? If "yes," please explain.

YES.  WILL  BE  UNDERGOING  ADDITIONAL  SURGERY -
REPLACEMENT  OF  BONE  FLAP.

3b. Is the patient capable of weighing the benefits and risks of the medical treatment or other alternative interventions recommended in 3a. above? Please explain.

NO.

### 4. Additional information

Include any other relevant information you believe should be presented to the court.

### 5. Review of conservatorship

If this form was requested in conjunction with a review of the conservatorship under C.G.S. section 45a-660, please also complete this section.

In my opinion, the conservatorship should be  ☑ continued  ☐ modified  ☐ terminated.  Specify your reasons for your opinion.  **If more space is required, use additional sheets.**

**I hereby certify that I am a licensed physician, and I personally examined the patient on the above-referenced date.**

| Signature | /s/ |
| Type or print name | PAUL  SCHWARTZ,  MD |
| Date | 1/25/18 |

Physician's Evaluation/Conservatorship

# EXHIBIT D

| FIDUCIARY'S PROBATE CERTIFICATE/CONSERVATORSHIP PC-450C REV. 10/14 | STATE OF CONNECTICUT COURT OF PROBATE | |
|---|---|---|

| COURT OF PROBATE, Niantic Regional Probate Court | DISTRICT NO. PD32 | |
|---|---|---|
| ESTATE OF/IN THE MATTER OF<br><br>Annette Blazin-Beavin  (18-0181) | | DATE OF CERTIFICATE<br><br>May 14, 2018 |
| FIDUCIARY'S NAME AND ADDRESS<br><br>Eric M. Beavin, 220 Maple Avenue, Uncasville, CT 06382 | FIDUCIARY'S POSITION OF TRUST<br><br>Conservator of Person and Estate | DATE OF APPOINTMENT<br><br>May 10, 2018 |

*The undersigned hereby certifies that the fiduciary in the above-named matter has accepted appointment, is legally authorized and qualified to act as such fiduciary, and the appointment is unrevoked and in full force as of the above date of certificate.*

**This certificate is valid for one year from the date of the certificate.**

*The fiduciary has been granted the following duties and authority:*

**The Court assigns the conservator(s) of the estate the following duties and authorities that are the least restrictive means of intervention necessary to meet the needs of the conserved person:**

Tangible personal property  -Stocks and bonds  -Commodities and options  - Banks and other financial institutions

Operation of entity or business  - Insurance and annuities  - Estates, trusts and other beneficial interests

Claims and litigation  - Personal and family maintenance, subject to C.G.S. section 45a-655

Benefits from governmental programs or civil or military service  - Retirement plans  - Taxes

**The Court assigns the conservator(s)of the person the following duties and authorities that are the least restrictive means of intervention necessary to meet the needs of the conserved person:**

Personal care, comfort, safety and maintenance  - Medical or other professional care, subject to C.G.S. section 45a-656 (d)

Residence, subject to C.G.S. section 45a-656b  - Personal effects

The conservator shall immediately determine whether the respondent owns or has access to firearms, ammunition or electronic defense weapons and take immediate steps to secure them.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this court on the above date of certificate.

**Court Seal**

*Lynn Campbell*

Lynn Campbell, Assistant Clerk

**NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED**

FIDUCIARY'S PROBATE CERTIFICATE/CONSERVATORSHIP                                          PC-450C

# EXHIBIT E

Home (https://npiprofile.com) / State Directory (https://npiprofile.com/directory) / Connecticut (https://npiprofile.com/directory/state/ct-connecticut)
/ Bristol (https://npiprofile.com/directory/city/bristol-connecticut) / Internal Medicine (https://npiprofile.com/directory/city/internal-medicine-in-bristol-connecticut) / 1538480694

# GEETHA RANI SWAMY IYAH MD NPI 1538480694

## Internal Medicine in Bristol, CT

AdChoices ▷ ✕

## Special Pricing: Lexis Advance

Tailored Legal Research For Small Law Firms - Starting at $75/Month.

Lexis Advance

NPI Profile (https://npiprofile.com/npi/1538480694)    NPI Record (https://npiprofile.com/npi/1538480694/record)

Similar Providers (https://npiprofile.com/npi/1538480694/similar)

| Individual | Female | Internal Medicine | PECOS Enrolled | Accepts Medicare | Years Experience 20 |

 ABOUT GEETHA SWAMY IYAH

**Geetha Swamy Iyah** is a provider established in Bristol, Connecticut and her medical specialization is internal medicine with more than 20 years of experience. The NPI number of Geetha Swamy Iyah is **1538480694** and was assigned on June 2010. The practitioner's primary taxonomy code is 207R00000X with license number 049129 (CT). The provider is registered as an individual and her NPI record was last updated 8 years ago. Geetha Swamy Iyah is **enrolled in PECOS** and is **registered with Medicare** and accepts claims assignment. According to Medicare claims data the provider has hospital affiliations with Jps Health Network.

## NPI                1538480694

| | |
|---|---|
| Provider Name | GEETHA RANI SWAMY IYAH MD |
| Provider Location Address | 41 BREWSTER RD BRISTOL, CT 06010 |
| Provider Mailing Address | 819 WORCESTER ST STE 3 SPRINGFIELD, MA 01151 |
| Gender | Female |
| NPI Entity Type | Individual |
| Medical School Name | OTHER |
| Graduation Year | 2000 |
| Is Sole Proprietor? | No |
| Is Organization Subpart? | N/A |
| Enumeration Date | 06-11-2010 |
| Last Update Date | 08-09-2012 |

## 🏠 BUSINESS ADDRESS

GEETHA RANI SWAMY IYAH MD
41 BREWSTER RD
BRISTOL, CT
ZIP 06010
Phone: (860) 585-3313

Get Directions (https://maps.google.com/?daddr=?41+BREWSTER+RD++BRISTOL%2C+CT+06010)

## ✉ MAILING ADDRESS

GEETHA RANI SWAMY IYAH MD
819 WORCESTER ST
STE 3
SPRINGFIELD, MA
ZIP 01151
Phone: (413) 543-6820
Fax: (413) 543-7962



**Ronald S. Fuchs, MD - Physician**

Dr. Ronald S. Fuchs, MD

⭐ PRIMARY TAXONOMY

| | |
|---|---|
| Taxonomy Code | 207R00000X |
| Classification | Internal Medicine |
| Type | Allopathic & Osteopathic Physicians |
| License No. | 049129 |
| License State | CT |
| Taxonomy Description | A physician who provides long-term, comprehensive care in the office and the hospital, managing both common and complex illness of adolescents, adults and the elderly. Internists are trained in the diagnosis and treatment of cancer, infections and diseases affecting the heart, blood, kidneys, joints and digestive, respiratory and vascular systems. They are also trained in the essentials of primary care internal medicine, which incorporates an understanding of disease prevention, wellness, substance abuse, mental health and effective treatment of common problems of the eyes, ears, skin, nervous system and reproductive organs. |



👍 MEDICARE PARTICIPATION

| | |
|---|---|
| Registered in PECOS? | Yes ⓘ |
| PECOS PAC ID | 5092902312 |
| PECOS Enrollment ID | I20101213000034 |
| Accepts Medicare Assignment? | Yes ⓘ |
| Part B Clinical Laboratory and Imaging | Yes |
| Durable Medical Equipment | Yes |
| Home Health Agency (HHA) | Yes |

| Power Mobility Devices | Yes |
|---|---|

## HOSPITAL AFFILIATIONS

Medicare hospital affiliation is identified through self-reporting data, inpatient, outpatient, physician and ancillary service claims linked by the Medicare claims NPI number and place of service code. Additionally, to further determine provider hospital affilition the clinician must have provided services to at least three patients on three different dates in the last 12 months.

| HOSPITAL NAME | ADDRESS | PHONE | HOSPITAL TYPE | CMS CERTIFICATION NUMBER (CCN) |
|---|---|---|---|---|
| JPS HEALTH NETWORK | 1500 S MAIN ST FORT WORTH, TX 76104 | | Acute Care Hospitals | 450039 |

Men's Wicked Good Moccasins
$79

Women's Cotton Ragg Camp Socks
$16.99 $24.95

Men's PrimaLoft Performance
$19.95

Adults' L.L.Bean Boot Socks
$24.95

Men's Wicked Good Slippers
$79

Men's Handse Slippers
$49.95

## SECONDARY TAXONOMIES

The secondary taxonomy codes define the provider type, classification, and specialization. For individual NPIs the license data is associated to each taxonomy code.

| NO. | TAXONOMY CODE | TYPE | CLASSIFICATION | SPECIALIZATION | LICENSE NO. | STATE | PRIMARY |
|---|---|---|---|---|---|---|---|
| 1 | 207R00000X | Allopathic & Osteopathic Physicians | Internal Medicine | | M8369 | TX | No |

Taxonomy Description: a physician who provides long-term, comprehensive care in the office and the hospital, managing both common and complex illness of adolescents, adults and the elderly. Internists are trained in the diagnosis and treatment of cancer, infections and diseases affecting the heart, blood, kidneys, joints and digestive, respiratory and vascular systems. They are also trained in the essentials of primary care internal medicine, which incorporates an understanding of disease prevention, wellness, substance abuse, mental health and effective treatment of common problems of the eyes, ears, skin, nervous system and reproductive organs.

## 📍 OTHER PROVIDERS AT THE SAME LOCATION

The following 20 providers are registered at the same or nearby location.

| NPI | NAME / TYPE | TAXONOMY | ADDRESS |
|---|---|---|---|
| 1003914102 (https://npiprofile.com/npi/1003914102) | DR. BRYAN DOUGLAS GOLDBERG MD Individual | Emergency Medicine | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3433 |
| 1043403868 (https://npiprofile.com/npi/1043403868) | GINA F LIDESTRI PA Individual | Physician Assistant (Medical) | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3313 |
| 1083801039 (https://npiprofile.com/npi/1083801039) | HOSPITAL INTERNISTS OF BRISTOL, LLC Organization | Internal Medicine | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3313 |

4/27/2020

| NPI | NAME / TYPE | TAXONOMY | ADDRESS |
|---|---|---|---|
| 1093975377 (https://npiprofile.com/npi/1093975377) | BRISTOL HOSPITAL INC Organization | General Acute Care Hospital | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3357 |
| 1104010503 (https://npiprofile.com/npi/1104010503) | KAVITHA SRINIVASAN M.D Individual | Internal Medicine | 41 BREWSTER RD INTERNAL MEDICINE BRISTOL, CT 06010 (860) 585-3500 |
| 1124148895 (https://npiprofile.com/npi/1124148895) | DR. JEFFREY CHARLES LAFRANCE M.D. Individual | Emergency Medicine | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3433 |
| 1194807800 (https://npiprofile.com/npi/1194807800) | JOSIAH H CHILD M.D. Individual | Emergency Medicine | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3000 |
| 1225302136 (https://npiprofile.com/npi/1225302136) | ORTHOPEDIC ASSOCIATES OF MIDDLETOWN, PC Organization | Physical Medicine & Rehabilitation | 41 BREWSTER RD LEVEL D BRISTOL, CT 06010 (860) 585-3040 |
| 1326010976 (https://npiprofile.com/npi/1326010976) | PAUL HARVILL MD Individual | Hospitalist | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3313 |
| 1427045129 (https://npiprofile.com/npi/1427045129) | REGINA SILK PHARM D Individual | Pharmacist (Pharmacotherapy) | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3684 |
| 1518222603 (https://npiprofile.com/npi/1518222603) | MR. ROBERT DENIS RICHARD APRN Individual | Nurse Practitioner | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3000 |
| 1558642330 (https://npiprofile.com/npi/1558642330) | EMERGENCY MEDICAL ASSOCIATES OF CONNECTICUT PC Organization | Emergency Medicine | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3000 |
| 1609016534 (https://npiprofile.com/npi/1609016534) | DR. SAPNA KHUBCHANDANI M.D. Individual | Internal Medicine (Medical Oncology) | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3000 |
| 1619054897 (https://npiprofile.com/npi/1619054897) | DAVID DOBRZANSKI MD Individual | Internal Medicine (Medical Oncology) | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3399 |
| 1659401735 (https://npiprofile.com/npi/1659401735) | TIFFANY DAWN LABELLA M.D. Individual | Pediatrics | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3950 |
| 1689654659 (https://npiprofile.com/npi/1689654659) | MATTHEW CHAMPEAU PA Individual | Physician Assistant | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3000 |
| 1699892208 (https://npiprofile.com/npi/1699892208) | CT EMERGENCY MEDICINE SPECIALISTS, LLC Organization | Emergency Medicine | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3099 |
| 1790012714 (https://npiprofile.com/npi/1790012714) | KATHERINE E KREH RD Individual | Dietitian, Registered | 41 BREWSTER RD CLINICAL NUTRITION BRISTOL, CT 06010 (860) 585-3125 |
| 1922004977 (https://npiprofile.com/npi/1922004977) | KARA A LYNCH PA-C Individual | Physician Assistant | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3000 |
| 1942312202 (https://npiprofile.com/npi/1942312202) | MR. THOMAS JOHN BALGA PA-C Individual | Physician Assistant | 41 BREWSTER RD BRISTOL, CT 06010 (860) 585-3000 |

## ❋ NPI FOOTNOTES

**What is the National Provider Indentifier (NPI)?**
The NPI is 10-position all-numeric identification number assigned by the NPPES to uniquely identify a health care provider.

**Provider Location Address**
The location address of the provider being identified. For providers with more than one physical location, this is the primary location. This address cannot include a Post Office box.

**Provider Mailing Address**
The mailing address of the provider being identified. This address may contain the same information as the provider location address.

**Entity Type Code**
The code describing the type of health care provider that is being assigned an NPI.
The entity type codes are:
1 = Person: individual human being who furnishes health care;
2 = Non-person: entity other than an individual human being that furnishes health care (Examples: hospital, SNF, hospital subunit, pharmacy, or HMO)

**What is a Subpart?**
Subparts are the components and separate physical locations of organization health care providers. Subpart examples include:
Hospital components include outpatient departments, surgical centers, psychiatric units, and laboratories. These components are often separately licensed or certified by States and may exist at physical locations other than that of the hospital of which they are a component.

**Provider Other Organization Name**
The other organization name is the alternative last name by which the provider is or has been known (if an individual) or other name by which the organization provider is or has been known. The code identifying the type of other name. The provider other organization name codes are:
1 = former name;
2 = professional name;
3 = doing business as (d/b/ a) name;
4 = former legal business name; :
5 = other.

**Provider Enumeration Date**
The date the provider was assigned a unique identifier (assigned an NPI).

**Last Update Date**
The date that a NPI record was last updated or changed.

**Primary Taxonomy Code**
The primary taxonomy code defines the provider type, classification, and specialization. There could be only one primary taxonomy code per NPI record. For individual NPIs the license data is associated to the taxonomy code.

**Authorized Official Name**
The name of the person authorized to submit the NPI application or to officially change data for a health care provider.

◀ Previous NPI: 1538480686 (https://npiprofile.com/npi/1538480686)    Next NPI: 1538480702 ◉ (https://npiprofile.com/npi/1538480702)

NPI Lookup (https://npiprofile.com/npi-lookup) | NPI Advanced Lookup (https://npiprofile.com/search-advanced.php) | NPI State Directory (https://npiprofile.com/directory)
NPI Validation (https://npiprofile.com/validation) | PECOS Lookup (https://npiprofile.com/pecos) | CLIA Lookup by NPI (https://npiprofile.com/clia)
Contact Us (https://npiprofile.com/contact) | Terms of Service (https://npiprofile.com/terms-of-service) | Privacy (https://npiprofile.com/privacy)
NPI Profile 2020 | NPI Data Last Updated On: 04-12-2020

All contents of this website are provided on an "as is" and "as available" basis without warranty of any kind. NPI records are maintained by the National Plan & Provider Enumeration System. The contents of the NPI Profile website are for informational purposes only. Reliance on any information provided by the NPI Profile website or other visitors to this website is solely at your own risk. If you think you may have a medical emergency, please call your doctor or 911 immediately.

4/30/2020     Ipc Hospitalists Of New England, P.c. in Springfield - Massachusetts Internal Medicine Clinic Location, Contact

Case 3:20-cv-00482-RNC   Document 34-1   Filed 04/30/20   Page 21 of 24



## Secondary Taxonomy Details:

| | |
|---|---|
| Other Specialty | Family Medicine |
| Other Taxonomy | 207Q00000X |
| Other Type | Allopathic & Osteopathic Physicians |
| Definition | Family Medicine is the medical specialty which is concerned with the total health care of the individual and the family. It is the specialty in breadth which integrates the biological, clinical, and behavioral sciences. The scope of family medicine is not limited by age, sex, organ system, or disease entity. |

| | |
|---|---|
| Other Specialty | Otolaryngology |
| Other Taxonomy | 207Y00000X |
| Other Type | Allopathic & Osteopathic Physicians |
| Definition | An otolaryngologist-head and neck surgeon provides comprehensive medical and surgical care for patients with diseases and disorders that affect the ears, nose, throat, the respiratory and upper alimentary systems and related structures of the head and neck. An otolaryngologist diagnoses and provides medical and/or surgical therapy or prevention of diseases, allergies, neoplasms, deformities, disorders and/or injuries of the ears, nose, sinuses, throat, respiratory and upper alimentary systems, face, jaws and the other head and neck systems. Head and neck oncology, facial plastic and reconstructive surgery and the treatment of disorders of hearing and voice are fundamental areas of expertise. |

| | |
|---|---|
| Other Specialty | Pediatrics - Pediatric Cardiology |
| Other Taxonomy | 2080P0202X |
| Other Type | Allopathic & Osteopathic Physicians |
| Definition | A pediatric cardiologist provides comprehensive care to patients with cardiovascular problems. This specialist is skilled in selecting, performing and evaluating the structural and functional assessment of the heart and blood vessels, and the clinical evaluation of cardiovascular disease. |

| | |
|---|---|
| Other Specialty | Physical Medicine & Rehabilitation |
| Other Taxonomy | 208100000X |
| Other Type | Allopathic & Osteopathic Physicians |
| Definition | Physical medicine and rehabilitation, also referred to as rehabilitation medicine, is the medical specialty concerned with diagnosing, evaluating, and treating patients with physical disabilities. These disabilities may arise from conditions affecting the musculoskeletal system such as neck and back pain, sports injuries, or other painful conditions affecting the limbs, such as carpal tunnel syndrome. Alternatively, the disabilities may result from neurological trauma or disease such as spinal cord injury, head injury or stroke. A physician certified in physical medicine and rehabilitation is often called a physiatrist. The primary goal of the physiatrist is to achieve maximal restoration of physical, psychological, social and vocational function through comprehensive rehabilitation. Pain management is often an important part of the role of the physiatrist. For diagnosis and evaluation, a physiatrist may include the techniques of electromyography to supplement the standard history, physical, x-ray and laboratory examinations. The physiatrist has expertise in the appropriate use of therapeutic exercise, prosthetics (artificial limbs), orthotics and mechanical and electrical devices. |

| | |
|---|---|
| Other Specialty | Psychiatry & Neurology - Neurology |
| Other Taxonomy | 2084N0400X |
| Other Type | Allopathic & Osteopathic Physicians |
| Definition | A Neurologist specializes in the diagnosis and treatment of diseases or impaired function of the brain, spinal cord, peripheral nerves, muscles, autonomic nervous system, and blood vessels that relate to these structures. |

| | |
|---|---|
| Other Specialty | Hospitalist |
| Other Taxonomy | 208M00000X |
| Other Type | Allopathic & Osteopathic Physicians |

Springfield, MA, 01107
**Phone:** 413-787-2800  **Fax:** 413-787-2822

**MEMORY WELLNESS, LLC**
(//npino.com/primary-clinic/1083809487-memory-wellness%2C-llc/)
Primary Care Clinic
**NPI Number:** 1083809487
(//npino.com/primary-clinic/1083809487-memory-wellness%2C-llc/)
**Address:** 155 Maple St, Suite 203, Springfield, MA, 01105
**Phone:** 413-306-6060  **Fax:** 413-739-1652

**INPATIENT CONSULTANTS OF MASSACHUSETTS, P.C.**
(//npino.com/primary-clinic/1093148926-inpatient-consultants-of-massachusetts%2C-p.c./)
Family Medicine Clinic
**NPI Number:** 1093148926
(//npino.com/primary-clinic/1093148926-inpatient-consultants-of-massachusetts%2C-p.c./)
**Address:** 819 Worcester St Ste 3, , Springfield, MA, 01151
**Phone:** 413-543-6820  **Fax:** 413-543-7962

**DR. JAMES HAINES & DR. WILLIAM BELCASTRO, PTR.**
(//npino.com/primary-clinic/1124027834-dr.-james-haines-%26-dr.-william-belcastro%2C-ptr./)
Internal Medicine Clinic
**NPI Number:** 1124027834
(//npino.com/primary-clinic/1124027834-dr.-james-haines-%26-dr.-william-belcastro%2C-ptr./)
**Address:** 299 Carew St, Suite 322, Springfield, MA, 01104
**Phone:** 413-737-2371  **Fax:** 413-788-7829

### Primary Care Clinics

**What is a Clinic or Center?**
A facility or distinct part of one used for the diagnosis and treatment of outpatients. "Clinic/Center" is irregularly defined, sometimes being limited to organizations serving specialized treatment requirements or distinct patient/client groups (e.g., primary care, radiology, poor, and public health).

**What is a Primary Care Clinic?**
Primary care clinics provide day-to-day healthcare services to patients. Primary care acts as the principal point of continuous healthcare for patients and also coordinates specialist care as may be required by the patient. Primary care is usually provided by general practitioners, family medicine doctors."

4/30/2020
Case 3:20-cv-00482-RNC, Document 34-1 Filed 04/30/20 Page 23 of 24
IPC Hospitalists of New England, -P.C. in Springfield, Massachusetts Official Medical Address and Contact

| Definition | Hospitalists are physicians whose primary professional focus is the general medical care of hospitalized patients. Their activities include patient care, teaching, research, and leadership related to Hospital Medicine. The term 'hospitalist' refers to physicians whose practice emphasizes providing care for hospitalized patients. |
|---|---|
| **Other Speciality** | **Physician Assistant** |
| Other Taxonomy | 363A00000X |
| Other Type | Physician Assistants & Advanced Practice Nursing Providers |
| Definition | A physician assistant is a person who has successfully completed an accredited education program for physician assistant, is licensed by the state and is practicing within the scope of that license. Physician assistants are formally trained to perform many of the routine, time-consuming tasks a physician can do. In some states, they may prescribe medications. They take medical histories, perform physical exams, order lab tests and x-rays, and give inoculations. Most states require that they work under the supervision of a physician. |
| **Other Speciality** | **Physician Assistant - Medical** |
| Other Taxonomy | 363AM0700X |
| Other Type | Physician Assistants & Advanced Practice Nursing Providers |
| Definition | Definition to come... |
| **Other Speciality** | **Nurse Practitioner** |
| Other Taxonomy | 363L00000X |
| Other Type | Physician Assistants & Advanced Practice Nursing Providers |
| Definition | (1) A registered nurse provider with a graduate degree in nursing prepared for advanced practice involving independent and interdependent decision making and direct accountability for clinical judgment across the health care continuum or in a certified specialty. (2) A registered nurse who has completed additional training beyond basic nursing education and who provides primary health care services in accordance with state nurse practice laws or statutes. Tasks performed by nurse practitioners vary with practice requirements mandated by geographic, political, economic, and social factors. Nurse practitioner specialists include, but are not limited to, family nurse practitioners, gerontological nurse practitioners, pediatric nurse practitioners, obstetric-gynecologic nurse practitioners, and school nurse practitioners. |
| **Other Speciality** | **Nurse Practitioner - Acute Care** |
| Other Taxonomy | 363LA2100X |
| Other Type | Physician Assistants & Advanced Practice Nursing Providers |
| Definition | Definition to come... |
| **Other Speciality** | **Nurse Practitioner - Adult Health** |
| Other Taxonomy | 363LA2200X |
| Other Type | Physician Assistants & Advanced Practice Nursing Providers |
| Definition | Definition to come... |
| **Other Speciality** | **Nurse Practitioner - Family** |
| Other Taxonomy | 363LF0000X |
| Other Type | Physician Assistants & Advanced Practice Nursing Providers |
| Definition | Definition to come... |
| **Other Speciality** | **Nurse Practitioner - Gerontology** |
| Other Taxonomy | 363LG0600X |
| Other Type | Physician Assistants & Advanced Practice Nursing Providers |
| Definition | Definition to come... |

**Provider's Other Legacy Identifiers:**

| Identifier | Identifier Type | Identifier State | Identifier Issuer |
|---|---|---|---|

4/30/2020 ipc-hospitalists-of-new-england,-p.c. | Springfield, Massachusetts Primary Clinic | Medicare.. address and Contact

Case 3:20-cv-00482-RNC Document 34-1 Filed 04/30/20 Page 24 of 24



## Post Comments / Review Below

ALSO ON **NPINO.COM**

**Sea Pines Oral And Facial Surgery, Pc in …**

5 months ago • 1 comment

Sea Pines Oral And Facial Surgery, Pc is a Dental Clinic - Oral and …

**Mr. Guadalupe Rosas, Nurse Practitioner in …**

4 months ago • 1 comment

Mr. Guadalupe Rosas - 1437631900 Profile Details Provider Profile Details: …

**Northwest Integrated Health, Llp in Coeur …**

6 months ago • 1 comment

Primary Care Clinics What is a Clinic or Center? A facility or distinct part of …

0 Comments     NPINo.com     🔒 Disqus' Privacy Policy     Login

♡ Recommend     Tweet     f Share     Sort by Best

Start the discussion

**What is a NPI Number? :** The National Provider Identifier (NPI) is a unique identification number for covered health care providers. The NPI is a 10-position, intelligence-free numeric identifier (10-digit number). This means that the numbers do not carry other information about healthcare providers, such as the state in which they live or their medical specialty. The NPI must be used in lieu of legacy provider identifiers in the HIPAA standards transactions. Covered health care providers and all health plans and health care clearinghouses must use the NPIs in the administrative and financial transactions adopted under HIPAA (Health Insurance Portability and Accountability Act).

**Where is NPI should be used? :** The NPI must be used in place of legacy provider identifiers, such as a Unique Provider Identification Number (UPIN), Online Survey Certification & Reporting (OSCAR) and National Supplier Clearinghouse (NSC) in HIPAA standard transactions. There are two categories of health care providers for NPI enumeration purposes. Entity Type 1 providers are individual providers who render health care (e.g., physicians, dentists, nurses). Sole proprietors and sole proprietorships are Entity Type 1 (Individual) providers. Organization health care providers (e.g., hospitals, home health agencies, ambulance companies) are considered Entity Type 2 (Organization) providers.

**Who must obtain NPI? :** All health care providers who are HIPAA-covered entities, whether they are individuals (e.g., physicians, nurses, dentists, chiropractors, physical therapists, or pharmacists) or organizations (e.g., hospitals, home health agencies, clinics, nursing homes, residential treatment centers, laboratories, ambulance companies, group practices, Health Maintenance Organizations [HMOs], suppliers of durable medical equipment, pharmacies) must obtain an NPI. The NPI will be used by HIPAA-covered entities (e.g., health plans, health care clearinghouses, and certain health care providers) to identify health care providers in HIPAA standard transactions. A covered health care provider, under HIPAA, is any health care provider who transmits health information in electronic form in connection with a transaction for which the Secretary of Health and Human Services has adopted a standard, even if the health care provider uses a business associate to do so.

|  |  |  |  |
|---|---|---|---|
| All Physicians | All Dentists | Hospitals | Pharmacies |
| (//npino.com/lookup/) | (//npino.com/dentists/) | (//npino.com/hospitals/) | (//npino.com/pharmacies/) |