UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC M. BEAVIN, ADMINISTRATOR OF THE ESTATE OF ANNETTE BLAZIN-BEAVIN, et al. | : : : CIVIL ACTION NO.: 3:20-cv-00482 |
| Plaintiffs, | : : |
| v. | : : |
| WILLIAM W. BACKUS HOSPITAL, et al. | : : |
| Defendants | : : |
| | : July 27, 2022 |

**STIPULATION OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between all Parties, through their respective counsel, as follows:

1. Defendants, IPC The Hospitalist Company, IPC Healthcare, Inc. and IPC Hospitalists of New England, are voluntarily dismissed, without prejudice and without costs; and,

2. the voluntary dismissal against the parties, identified in paragraph one only, has no impact on the remaining Defendants and claims.

_____

Chatigny, *J.*

| FOR THE PLAINTIFFS | FOR THE DEFENDANT, ALFRED CAUDULLO, D.O. |
|---|---|
| */s/ Joseph G. DeAngelo* | By: */s/ Anthony D. Sutton* |
| Joseph G. DeAngelo, Esq. phv10606 | Anthony D. Sutton, ct20607 |
| The Princeton Club | Chinigo, Leone & Maruzo, LLP |
| 1221-1223 Locust Street | 141 Broadway |
| Philadelphia, PA 19107 | Norwich, CT 06360 |
| (215) 882-3443 (direct dial) | Phone (860) 889-8900 |
| (215) 525-0254 (fax) | Fax (860) 887-1744 |
| joe@barrettdeangelo.com | asutton@norwichlaw.com |

| | |
|---|---|
| FOR THE DEFENDANTS, HARTFORD HEALTHCARE MEDICAL GROUP, INC. and PAUL JOSEPH SCHWARTZ, MD<br>By: /s/ Vimala B. Ruszkowski<br>Vimala B. Ruszkowski, ct28324<br>Stockman O'Connor Connors<br>10 Middle Street, 11th floor<br>Bridgeport, CT  06604<br>Phone (203) 598-7585<br>Fax (203) 577-5180<br>vruskzowski@stockmanoconnor.com | FOR THE DEFENDANTS, THE WILLIAM W. BACKUS HOSPITAL, BACKUS CORPORATION, HARFTFORD HOSPITAL, HARTFORD HEALTHCARE CORPORATION, AND INDRAMATTIE JOSEPH<br>By: */s/ Jessica M. Scully*<br>Jessica M. Scully, ct20997<br>Cooney, Scully and Dowling<br>Ten Columbus Boulevard<br>Hartford, CT 06106<br>Phone: 860-527-1141<br>Fax: 860-247-5215<br>jmeerbergen@csd-law.com |
| FOR THE DEFENDANTS, UNITED COMMUNITY AND FAMILY SERVICES, INC. AND GEETHA R. SWAMY IYAH, M.D.<br>By: */s/ Thomas Lyons*<br>Thomas N. Lyons, ct26937<br>DANAHER LAGNESE, PC<br>21 Oak Street, Suite 700<br>Hartford, CT 06106<br>Phone (860) 247-3666<br>Fax (860) 547-1321<br>tlyons@danaherlagnese.com | FOR THE DEFENDANTS, IPC THE HOSPITALISTS COMPANY, IPC HEALTHCARE, INC. IPC HOSPITALISTS OF NEW ENGLAND<br>By: */s/ Joyce A. Lagnese*<br>Joyce A. Lagnese, ct05527<br>DANAHER LAGNESE, PC<br>21 Oak Street, Suite 700<br>Hartford, CT 06106<br>Phone: (860) 247-3666<br>Fax: (860) 547-1321<br>jlagnese@danaherlagnese.com |
| | FOR THE UNITED STATES<br>By: /s/ *Nate Putnam*<br>Nathaniel M. Putnam (phv10463)<br>Eric B. Miller (ct28620)<br>Assistant United States<br>Attorneys United States<br>Attorney's Office District<br>of Connecticut<br>157 Church Street,<br>24 Floor New Haven, CT<br>06510 Telephone: (203)<br>821-3700<br>Facsimile: (203) 773-5373<br>Nathaniel.Putnam@usdoj.gov<br>Eric.Miller@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020 a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        BY:
        ***/s/ Joseph G. DeAngelo***
        Joseph G. DeAngelo, Esq. phv10606
        The Princeton Club
        1221-1223 Locust Street
        Philadelphia, PA 19107
        (215) 882-3443 (direct dial)
        (215) 525-0254 (fax)
        joe@barrettdeangelo.com
        *Attorneys for Plaintiffs*